IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KRISTEN FAUST, | : | Bankruptcy No. 21-12668-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

## ORDER OF COURT

AND NOW, this 15th day of October, 2021, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED that the Debtor's deadline for filing Chapter 13 Plan and Statement of Current Monthly Income Form 122 are extended until October 28, 2021.

BY THE COURT:

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE
U.S. Bankruptcy Judge