Certificate Number: 14912-PAE-DE-036210391

Bankruptcy Case Number: 21-12668



14912-PAE-DE-036210391

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2021</u>, at <u>3:30</u> o'clock <u>PM EST</u>, <u>Kristen Faust</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 17, 2021</u>          By:     <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>