Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12668-PMM**

Kristen Faust  
213 Spies Church Road  
Reading  PA    19606

Petition Filed Date: 09/29/2021  
341 Hearing Date: 12/21/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | $100.00 | | 01/06/2022 | $200.00 | | 01/26/2022 | $100.00 | |
| 03/10/2022 | $100.00 | | 03/28/2022 | $100.00 | | 04/27/2022 | $100.00 | |
| 05/25/2022 | $100.00 | | 07/25/2022 | $200.00 | | | | |

**Total Receipts for the Period: $1,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $20,492.16 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $15,919.43 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $42,477.27 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $16,256.73 | $0.00 | $0.00 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $121.12 | $0.00 | $0.00 |
| 6 | RESURGENT CAPITAL SERVICES<br>»» 006 | Unsecured Creditors | $11,809.40 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $4,408.50 | $0.00 | $0.00 |
| 8 | TRUIST BANK<br>»» 008 | Unsecured Creditors | $863.87 | $0.00 | $0.00 |
| 9 | TRUIST BANK<br>»» 009 | Unsecured Creditors | $2,253.34 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $2,713.00 | $0.00 | $2,713.00 |

**Chapter 13 Case No. 21-12668-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Current Monthly Payment: | $105.00 |
| Paid to Claims: | $0.00 | Arrearages: | $25.00 |
| Paid to Trustee: | $80.00 | Total Plan Base: | $3,755.00 |
| Funds on Hand: | $920.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.