UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KRISTEN FAUST

CASE NO: 21-12668

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 9/29/2022, I did cause a copy of the following documents, described below,

341 notice, 2nd Amended Chapter 13 Plan, Amended Schedule E/F

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/29/2022

/s/ Stephen M Otto
Stephen M Otto  82463

Law Office of Stephen M Otto LLC
833 N Park Rd, Ste 206
Wyomissing, PA  19610
484 220 0481
steve@sottolaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KRISTEN FAUST

CASE NO: 21-12668

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/29/2022, a copy of the following documents, described below,

341 notice, 2nd Amended Chapter 13 Plan, Amended Schedule E/F

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/29/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M Otto
Law Office of Stephen M Otto LLC
833 N Park Rd, Ste 206
Wyomissing, PA  19610

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE. THESE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SUBSEQUENTLY RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

POTTSTOWN HOSPITAL LLC
1600 E HIGH ST
POTTSTOWN PA 19464

HABIB A BHATTI MD
1600 EAST HIGH STREET
POTTSTOWN PA 19464

ARCADIA RECOVERY BUREAU LLC
POB 6768
WYOMISSING PA 19610

TOWER HEALTH
PO BOX 16051
READING 19612-6051