United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 21-12668-pmm
Kristen Faust | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Oct 27, 2022     Form ID: 155     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen Faust, 213 Spies Church Road, Reading, PA 19606-9317 |
| 14724597 | + | Arcadia Recovery Bureau, LLC, POB 6768, Wyomissing, PA 19610-0768 |
| 14639597 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 14639599 | + | Cardworks/spruce/viewt, 2900 North Loop West, Houston, TX 77092-8841 |
| 14724596 | + | Habib A Bhatti, MD, 1600 East High Street, Pottstown, PA 19464-5008 |
| 14639603 | + | Northeastern Title Loans, 2900 Concord Pike, Wilmington, DE 19803-5097 |
| 14639604 | | PennState Health, PO Box 829725, Philadephia, PA 19182-9725 |
| 14724595 | + | Pottstown Hospital, LLC, 1600 E High St, Pottstown, PA 19464-5093 |
| 14639605 | + | Pottstown Medical Specialists Inc, PO Box 95000, Philadephia, PA 19195-0001 |
| 14639607 | | Tower Health, PO Box 16051, Reading, 19612-6051 |
| 14639608 | | Tower Health, PO Box 16052, Reading, PA 19612-6052 |
| 14639609 | | United Healthcare, PO Box 5840, Carol Stream, IL 60197-5840 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14639596 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2022 23:54:00 | BB&T/Truist, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 14639595 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14639598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14642369 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2022 23:54:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14642105 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14639601 | + | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14639602 | + | Email/Text: Harris@ebn.phinsolutions.com | Oct 27 2022 23:54:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14639600 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:54:38 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14645050 | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14654145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:54:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14642886 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14639606 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:54:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14641032 | ^ | MEBN | Oct 27 2022 23:48:18 | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646883 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2022 23:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14653277 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2022 23:54:49 | Spruce Finance Inc, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14641810 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:54:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654524 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2022 23:54:00 | Truist, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14724598 | * | Tower Health, PO Box 16051, Reading, 19612-6051 |
| 14654525 | *+ | Truist, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Kristen Faust steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 27, 2022 | Form ID: 155 | Total Noticed: 29

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kristen Faust
      Debtor(s)

Chapter: 13
Bankruptcy No: 21−12668−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 27th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Patricia M. Mayer
                                               Judge ,
                                               United States Bankruptcy Court