Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12668-PMM**

Kristen Faust  
213 Spies Church Road  
Reading  PA    19606

Petition Filed Date: 09/29/2021  
341 Hearing Date: 12/21/2021  
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $100.00 | | 09/26/2022 | $100.00 | | 10/24/2022 | $100.00 | |
| 11/21/2022 | $100.00 | | 12/27/2022 | $100.00 | | 01/23/2023 | $100.00 | |
| 02/21/2023 | $100.00 | | 03/23/2023 | $100.00 | | 04/24/2023 | $100.00 | |
| 05/22/2023 | $100.00 | | 06/27/2023 | $100.00 | | 07/24/2023 | $100.00 | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $20,492.16 | $0.00 | $20,492.16 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $15,919.43 | $0.00 | $15,919.43 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $42,477.27 | $0.00 | $42,477.27 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $16,256.73 | $0.00 | $16,256.73 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $121.12 | $0.00 | $121.12 |
| 6 | RESURGENT CAPITAL SERVICES<br>»» 006 | Unsecured Creditors | $11,809.40 | $0.00 | $11,809.40 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $4,408.50 | $0.00 | $4,408.50 |
| 8 | TRUIST BANK<br>»» 008 | Unsecured Creditors | $863.87 | $0.00 | $863.87 |
| 9 | TRUIST BANK<br>»» 009 | Unsecured Creditors | $2,253.34 | $0.00 | $2,253.34 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $2,713.00 | $1,929.00 | $784.00 |

Chapter 13 Case No. 21-12668-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,200.00 | Current Monthly Payment: | $106.00 |
| Paid to Claims: | $1,929.00 | Arrearages: | $60.00 |
| Paid to Trustee: | $180.00 | Total Plan Base: | $4,486.00 |
| Funds on Hand: | $91.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.