| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12668-PMM**

Kristen Faust
213 Spies Church Road
Reading  PA    19606

Petition Filed Date: 09/29/2021
341 Hearing Date: 12/21/2021
Confirmation Date: 10/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $100.00 | | 09/25/2023 | $100.00 | | 10/25/2023 | $106.00 | |
| 11/21/2023 | $112.00 | | 12/27/2023 | $112.00 | | 01/23/2024 | $106.00 | |
| 03/05/2024 | $106.00 | | 03/25/2024 | $112.00 | | 04/22/2024 | $118.00 | |
| 05/21/2024 | $112.00 | | 06/25/2024 | $112.00 | | 07/22/2024 | $118.00 | |

**Total Receipts for the Period: $1,314.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,514.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $20,492.16 | $66.32 | $20,425.84 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $15,919.43 | $51.52 | $15,867.91 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $42,477.27 | $137.46 | $42,339.81 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $16,256.73 | $52.61 | $16,204.12 |
| 5 | QUICKEN LOANS INC »» 005 | Mortgage Arrears | $121.12 | $121.12 | $0.00 |
| 6 | RESURGENT CAPITAL SERVICES »» 006 | Unsecured Creditors | $11,809.40 | $38.22 | $11,771.18 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $4,408.50 | $0.00 | $4,408.50 |
| 8 | TRUIST BANK »» 008 | Unsecured Creditors | $863.87 | $0.00 | $863.87 |
| 9 | TRUIST BANK »» 009 | Unsecured Creditors | $2,253.34 | $0.00 | $2,253.34 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $2,713.00 | $2,713.00 | $0.00 |

**Chapter 13 Case No. 21-12668-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,514.00 | Current Monthly Payment: | $106.00 |
| Paid to Claims: | $3,180.25 | Arrearages: | $18.00 |
| Paid to Trustee: | $309.40 | Total Plan Base: | $4,486.00 |
| Funds on Hand: | $24.35 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.