# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kristen Faust**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　　　**Movant**<br>　　　　　**vs.**<br><br>**Kristen Faust**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　　　**Trustee** | **BK NO. 21-12668 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Kristen Faust
213 Spies Church Road
Reading, PA 19606

<u>Attorney for Debtor(s)</u>
Stephen McCoy Otto, Esq.
Law Office of Stephen M. Otto, LLC
833 N. Park Road Suite 102 (VIA ECF)
Wyomissing, PA 19610

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.(VIA ECF)
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>October 26, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com